IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED
FEB 2 4 2025
LAURA A. AUSTIN, CLERK
BY: M. POFF
DEPUTY CLERK

JONES
District Judge
(Assigned by Clerk's Office)

SARGENT
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. 7:25CV00123
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S. 388 (1971)**

Plaintiff Name: Afficus B Conway
Inmate No.: 1818531
110 Wright St Marion VA 24354

v.

Defendant Name & Address: St Myers
Marion Correctional Treatment Center
110 Wright St Marion VA 24354

Defendant Name & Address: CO Armstrong
Marion Correctional Treatment Center
110 Wright St Marion VA 24354

Defendant Name & Address: Nurse Hatley
Marion Correctional Treatment Center
110 Wright St Marion VA 24354

Defendant Name & Address: Lt Balles
Marion Correctional Treatment Center
110 Wright St Marion VA 24354

Defendant Name & Address: CO Gates
Marion Correctional Treatment Center 110 Wright St Marion VA 24354

Defendant Name & Address: CO Hall
Marion Correctional Treatment Center 110 Wright St Marion VA 24354

Defendant Name & Address: St Diton
Marion Correctional Treatment Center 110 Wright St Marion VA 24354

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT. TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

Pg ①

When I first got to Marion Correctional Center I was very mentaly ill and not thinking streight it was around Feb 6th 2024 when they were leting me out of my cell we half to get on our kees down in the hole seg when I come out of my cell they were pulling on my cuffs with a chain they hook to it I said stop your hurting me and I yanked back and they slamed me on the ground twisted my arm and put me in a hog tie my ankele was sprain and my arm was torn inside the muchles inside my arm they ended up puting 5 steroid shots in it they dont like me because my charge they also refused to give me my trays co gates and co hall and co myers they did it to be mean they also told an inmate to beat me up when I go in my cell the inmate told me and I know its true because they told me and a grupe of us to do that to an inmate when I was on 2B here at marion this place needs to be under invesigation seince I got here I got 5 charges and they were all fabricated and there not going by the handbook and they are violateing my rights I will explain that on the back of the page →

Pg ②

charge ① CO gates said I therw piss on him though my trey slot and he said I said I was gowing to kill him thats a lie what happend was I filled my paper cup up with water and dumped it on the floor at my door he wasnt even around when I did that and my trey slot was shut so they charged me with spit/throw throw a bodily waste fluid on a person

charge ② CO hall said I treatind him I said atty thats my nick name walk walk away before I get mad and I was rubing the top of my head and I just walked away and he charged me with theating bodly harm on a co I never filed greauences because they took me to the hole and never gave me much time to come out of my cell and they refused to give me a pen when they did let me out of the cell it was for 1 hour I also filled out an evedence request form for my charges and never got it back untill after my hereing thats violating my rights in my handbook it says Im spose to get it back aleatst a half hour before the hering my rights are being violated here a marion

charge ③ when I first got to marion my meds and water was laid on my trey slot At Pill call and I threw them out of my trey slot on the ~~fo~~ floor it never hit Anyone and they chared me with spit/throw A bodly wast fluid on Another person thats bs it was nurse hadley I think my paper just said A nurse but she hates me

charge ④ co Armstrong I think he is on meth the way he Acts I been around pefole on drugs And he cant do his Job he opend my cell door And I came out I ~~tdor~~ thought it was pill call so I went out ~~d~~ in the day room and sat down to wait untill they got everyone out →

then he went to the door were we leave the day room and I thought ok I might be gowing to medical so then he shook me down And Pointed down the hall to were chirch And were I see my treatment team and I ASKed him were I was gowing but he ingored me and shut the door so I walked to my treatment teams door down An extra set of staires ~~the~~ then when I realized it was sanday I thougt oh no I must have been sopose to go to charch so I explaind this to ~~Baittse~~ St Dixon St Bails and Armstong And they chared me for liying to A co And being in An anathurised ArIA ~~they aid~~ Im on Sike meds too Im byPorar I have Sk,t20 effective dissorder And DePPrestion And Antity
disorder

Pg 6

please help me I was
A level ②  when I came
to marion now Im Almost
A ⑤ they will kill me in
A level ⑤ I never gave
Anyone Any trouble A
coffeiwood middle river
resjenal Jail or nodiway
but here At marion
there mean to me Im
being discimionated because
of my charge And its
not bad but not good
its in the middle please
respond back god bless
Atticus Bailey conway

pg 6

St | tombson or Tomas I know its one of those

Adress marion correctional treatment center
110 wright St mairon VA
24354

A. <u>**Where are you now?**</u> Name *and* Address of Facility:

marion correctional treatment center
marion VA 110 wrigt St@ 24354

B. Where did this action take place?

marion Correctional treatment center

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

___ Yes   ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes   ⊘ No

1. If your answer is Yes, indicate the result:

never got paperwork back on the write ups and had 5 shots put in my Arm

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

discimionAtion, I got hurt my Arm has torn tusue I had to have 5 starid shots put in it spranged Ankle

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

II ~~wrot~~ I wrote it on notbook paper its Attached

**F.** State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

A lawyer to represent me

**G.** If this case goes to trial, do you request a trial by jury?    Yes ✓    No ____

**H.** If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 2/12/25        SIGNATURE: _[signature]_

VERIFICATION:
I, _____, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 2/10/25        SIGNATURE: _[signature]_

Updated 5/2024

Atticus Conway
110 write st marion VA
24354 marion correctional
treatment center



GREENSBORO NC 270
PIEDMONT TRIAD AREA
21 FEB 2025 PM 5 L

RECEIVED

FEB 24 2025
USDC Clerk's Office
Mail Room

OFFENDER CORRESPONDENCE
Marion Correctional Treatment Center
RECEIVED
FEB 21 2025
THE VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED NOR INSPECTED THIS
ITEM. THE DEPARTMENT ASSUMES NO
RESPONSIBILITY.

Clerk United States
district court 210 franklin
Road sw Suite 540
Roanoke VA 24011
2208

24011-220840